United States District Court
Southern District of Texas
**ENTERED**
June 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN FRANCISCO AGUILERA, § <br> "Plaintiff," § <br> § <br> v. § <br> § Civil Action No. 1:23-cv-00135 <br> ANTONY BLINKEN, U.S. Secretary of § <br> State, § <br> "Defendant." § | |

### ORDER

Before the Court is the "Joint Stipulation of Dismissal" (Dkt. No. 37). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on June 12, 2025.

_____
Rolando Olvera
United States District Judge